THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DELAWAN COMPANY, Respondents, Appellants, v. WORBER Co., INC., Appellant, Respondent, and GOLRAN REALTY CORPORATION, Respondent, Appellant, and CHARLES W. CULKIN, as Sheriff of the County of New York, and Another, Defendants.— Order modified by striking out the provision for the trial of the equity issues before the trial of the framed issues, and as so modified affirmed, with ten dollars costs and disbursements to the defendant Worber Co., Inc. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY BECK, Defendant. REBECCA SPATZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TODD DRY DOCK ENGINEERING AND REPAIR CORPORATION, Respondent, v. 50 WEST 77TH STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

1240 THIRD AVE., INC., v. WILLIAM BIRNS, Impleaded, etc.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. & H. GOODWIN, LTD., v. CARL I. DINGFELDER and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN J. FLIEGEL, as Trustee in Bankruptcy of the Estate of SIDNEY NEWMARK, Bankrupt, v. JACOB NEWMARK, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN DAVIDOWITZ v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAULINE WOLLHEIM PIEPER v. MICHAEL J. KENNEDY and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DOROTHY M. WRIGHT v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of IDEAL ROOF & SKYLIGHT WORKS, INC., and Another against WILLIAM E. WALSH and Others and CORONET PROPERTIES, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.